HORNSBY, Chief Justice.
The summary judgment in favor of Cov-ington County, the Covington County Sheriff’s Department, the Covington County Commission, the City of Florala, and the defendant officers in their official capacities is affirmed on the authority of Article I, § 14, Alabama Constitution of 1901; and Ala.Code 1975, §§ 6-5-20,11-47-23,11-47-192. See Parker v. Amerson, 519 So.2d 442 (Ala.1987); Groeschner v. County of Mobile, 512 So.2d 70 (Ala.1987); and Johnson v. Macon County, 447 So.2d 157 (Ala.1984); see also Marshall County v. Uptain, 409 So.2d 423 (Ala.1982); Cook v. St. Clair County, 384 So.2d 1 (Ala.1980); McCall v. City of Birmingham, 234 Ala. 164, 174 So. 630 (1937); Howell v. City of Dothan, 234 Ala. 158, 174 So. 624 (1937); Poe v. Grove Hill Mem. Hosp. Bd., 441 So.2d 861 (Ala.1983); see also Diemert v. City of Mobile, 474 So.2d 663 (Ala.1985); *154 and Fortenberry v. City of Birmingham, 567 So.2d 1342 (Ala.1990).
AFFIRMED.
MADDOX, SHORES, HOUSTON and KENNEDY, JJ., concur.